AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Edgar Searcy, #04726-031

    vs.

NFN Paletz, Inmate;
Federal Bureau of Investigation;
U.S. Attorney General; and
Federal Bureau of Prisons

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:07-1389-GRA

[ ]      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]     **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** the case is dismissed without prejudice.

LARRY W. PROPES, Clerk

June 27, 2007

BY: *Dianne Napier*
Deputy Clerk